

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: [signature] Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 13 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1742

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

06-cv-00196-WDM-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 17 2006
GREGORY C. LANGHAM
CLERK

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, ___ F.Supp.2d ___ (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 29 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 05-2546 | Katrina Clark v. Johnson & Johnson, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-62 | Antuanette Marquez v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| CAC 2 06-119 | Brandy Moya v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 06-71 | Stephanie Sanchez v. Johnson & Johnson, Inc., et al. |
| **COLORADO** | |
| CO 1 05-2558 | Carrie Grater v. Johnson & Johnson, et al. |
| CO 1 06-196 | Laura Haverstuhl v. Johnson & Johnson, et al. |
| **GEORGIA SOUTHERN** | |
| GAS 1 06-21 | Lasheika B. Lamotte, et al. v. Johnson & Johnson, et al. |
| GAS 4 06-7 | Ryan-Marie M. Hutchinson v. Johnson & Johnson, et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-51 | Ashley Hubbard, et al. v. Johnson & Johnson, et al. |
| ILS 3 06-54 | Carey Good, et al. v. Johnson & Johnson, et al. |
| ILS 4 06-4020 | Brandy Houk v. Johnson & Johnson, et al. |
| ILS 4 06-4021 | Melody Miller v. Johnson & Johnson, et al. |
| ILS 4 06-4022 | Tanya Lowe v. Johnson & Johnson, et al. |
| ILS 4 06-4023 | Reannon Tutkus v. Johnson & Johnson, et al. |
| ILS 4 06-4024 | Stephanie Curtis v. Johnson & Johnson, et al. |
| ILS 4 06-4025 | Kristine Bailey v. Johnson & Johnson, et al. |
| ILS 4 06-4026 | Maral Annayeva v. Johnson & Johnson, et al. |
| **INDIANA SOUTHERN** | |
| INS 1 05-1857 | Kara Salazar v. Johnson & Johnson, et al. |
| **KENTUCKY WESTERN** | |
| KYW 3 05-824 | Eve Durham, v. Johnson & Johnson, et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3 06-133 | Tiffany Francis Linton v. Johnson & Johnson, et al. |
| **LOUISIANA WESTERN** | |
| LAW 5 05-2005 | Tonya Mayberry v. Johnson & Johnson, et al. |
| **MASSACHUSETTS** | |
| MA 1 05-12345 | Emily Poltrack v. Johnson & Johnson, et al. |
| **MARYLAND** | |
| MD 1 06-89 | Yolanda Booth v. Johnson & Johnson, et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 7 05-220 | April L. Brown v. Johnson & Johnson, et al. |

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1742)

| DIST. DIV. C.A. # | | | CASE CAPTION |
|---|---|---|---|
| NORTH CAROLINA WESTERN | | | |
| NCW | 3 | 06-19 | Stacey Huntley v. Johnson & Johnson, et al. |
| NEW JERSEY | | | |
| ~~NJ~~ | ~~2~~ | ~~05-5294~~ | ~~Christine Izzi, et al. v. Johnson & Johnson, et al.~~   Opposed 3/28/06 |
| NJ | 2 | 05-5663 | Monica Lynn Ratliff, et al. v. Johnson & Johnson, et al. |
| NJ | 2 | 05-5664 | Natashia Leigh Jenkins v. Johnson & Johnson, et al. |
| NJ | 2 | 05-5978 | Kathleen Ann Nackley, et al. v. Johnson & Johnson, et al. |
| NJ | 2 | 05-5989 | Melanie Joy Burkhardt, et al. v. Johnson & Johnson, et al. |
| NJ | 2 | 06-134 | Sarah E. Denny, et al. v. Johnson & Johnson, et al. |
| NJ | 2 | 06-147 | Stephanie Mangrum v. Johnson & Johnson, et al. |
| NJ | 2 | 06-241 | Misti Pacheco, et al. v. Johnson & Johnson, et al. |
| NJ | 2 | 06-251 | Stacy Keown, et al. v. Johnson & Johnson, et al. |
| NJ | 2 | 06-355 | Jessica Melton v. Johnson & Johnson, et al. |
| NJ | 2 | 06-389 | Tasha Youngblood, et al. v. Johnson & Johnson, et al. |
| NJ | 2 | 06-460 | Nancy R. Ducharme v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| NJ | 2 | 06-611 | Claudinette Kernisant v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| NJ | 2 | 06-991 | Lakesia Lightner v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| NEW YORK EASTERN | | | |
| NYE | 1 | 05-5483 | Aliza Zelin v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| NYE | 1 | 05-5897 | Debra Roinestad, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| NYE | 1 | 05-5898 | Shaquanna Ramirez v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| NYE | 1 | 05-5900 | Katherine Nicklis, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| NYE | 1 | 06-13 | Amy Weisbrook v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| NYE | 1 | 06-256 | Shireen Ogir-Jones v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| OHIO SOUTHERN | | | |
| OHS | 1 | 05-781 | Linda L. Smith v. Johnson & Johnson, et al. |
| OHS | 2 | 05-1051 | Danielle Huland v. Johnson & Johnson, et al. |
| OHS | 2 | 06-77 | Amber N. Murphy v. Johnson & Johnson, et al. |
| OHS | 3 | 05-397 | Joyce S. Wiliams v. Johnson & Johnson, et al. |
| OHS | 3 | 05-398 | Kim L. Durant v. Johnson & Johnson, et al. |
| OHS | 3 | 05-410 | Lori D. Davis, et al. v. Johnson & Johnson, et al. |
| OHS | 3 | 05-411 | Miranda A. Wilson v. Johnson & Johnson, et al. |
| OHS | 3 | 06-37 | Erin Hawkins, et al. v. Johnson & Johnson, et al. |
| OKLAHOMA NORTHERN | | | |
| OKN | 4 | 05-672 | Paula Millican v. Johnson & Johnson, et al. |
| UTAH | | | |
| UT | 2 | 06-142 | Sue Field, et al. v. Johnson & Johnson, et al. |